FILED
2011 Jun-20  PM 12:11
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| R. G., BY AND THROUGH C.G., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No.: 7:09-CV-1369-RDP |
| | § | |
| ADMH/MR, MICHAEL BAILEY, | § | |
| STANLEY GAY, ANGELA SIMS, | § | |
| AND VERONICA JONES, | § | |
| | § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE**

COME NOW the parties and jointly stipulate to the dismissal of this

action, with prejudice, each party to bear their own costs.

Done and submitted this 20th day of June, 2011.

s/ J. Michael Comer_____
J. Michael Comer
Attorney for the Plaintiff
Patterson Comer
303 Main Ave., Ste. A
Northport, AL 35476
(205) 759-3939 Ph.

s/ Nancy S. Jones_____
Nancy Jones
Attorney for the Defendants
Bryce Legal Office
200 University Blvd.
Tuscaloosa, AL 35401

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was served on the following persons by uploading a copy of this document to the Northern District of Alabama's ECF website, on this 20th day of June, 2011.

Tommy Klinner, Esq.
Alabama Department of Mental Health
Bryce Legal Office
200 University Blvd.
Tuscaloosa, AL 35401

Stan Murphy, Esq.
Murphy & Murphy
P.O. Box 3163
Tuscaloosa, AL  35403

Paul W. Patterson II, Esq.
Patterson Comer Law Firm
1323 Hargrove Road East
Tuscaloosa, AL 35405

/s J. Michael Comer
Of Counsel